1  **JEFFREY B. SETNESS, ESQ.**
   **Nevada Bar No. 2820**
2  **FABIAN VANCOTT**
   **601 South Tenth Street, Suite 204**
3  **Las Vegas, Nevada 89101**
   **Telephone:    (702) 930-5728**
4  **Facsimile:    (877) 898-1168**
   **E-Mail:        jsetness@fabianvancott.com**
5
   *Attorneys for Defendant Darlene McCord*
6

7

                    **UNITED STATES DISTRICT COURT**
8
                        **DISTRICT OF NEVADA**
9

10  **UNITED STATES OF AMERICA,**            **CASE NO. 2:13-cr-00354-JCM-PAL**

11        **Plaintiff,**                     **JOINT MOTION TO EXTEND THE**
                                             **TIME FOR FILING PRETRIAL**
12            **vs.**                        **MOTIONS AND DISCLOSURE OF**
                                             **EXPERT/SUMMARY WITNESSES**
13  **DARLENE TAYLOR McCORD and**
    **JAMES BERT McCORD,**                   **(Tenth Request)**
14
          **Defendants.**
15

16        COMES NOW Plaintiff, UNITED STATES OF AMERICA, by and through its

17  attorneys, STEVEN MYHRE, Acting United States Attorney, J. PATRICK BURNS,

18  Assistant United States Attorney, and LISA CARTIER-GIROUX, Assistant United States

19  Attorney; Defendant DARLENE TAYLOR McCORD, by and through her attorney,

20  JEFFREY B. SETNESS, ESQ. of the law firm of FABIAN VANCOTT; Defendant

21  JAMES BERT McCORD, by and through his attorney, ROBERT M. McCALLUM, ESQ.

22  of the law firm LESOURD & PATTEN; and hereby files the following Joint Motion to

23  Extend the Time for Filing Pretrial Motions and Disclosure of Expert/Summary Witnesses

24  based upon the following:

25        1.    On April 12, 2017, the Court filed an Order (Doc. No. 70) which stated in

26  pertinent part that:

27  / /

JOINT MOTION TO EXTEND THE TIME FOR FILING PRETRIAL MOTIONS AND
DISCLOSURE OF EXPERT/SUMMARY WITNESSES (Tenth Request) - 1

1.      The current deadline within which to file any and all pretrial motions; notices of defense; and disclose expert witnesses / summary witnesses of Friday, April 28, 2017 be vacated and continued to Friday, August 4, 2017.

2.      The current deadline in which to file any responses to said Motions of Friday, May 12, 2017 be vacated and continued to Friday, August 18, 2017.

3.      The current deadline in which to file any replies of Friday, May 19, 2017 be vacated and continued to Friday, August 25, 2017.

4.      Calendar Call currently scheduled for Wednesday, May 31, 2017 at 1:30 p.m. be vacated and continued to Wednesday, September 20, 2017 at 1:30 p.m.

5.      Trial currently scheduled to commence on June 5, 2017 at 9:00 a.m. be vacated and continued to Monday, September 25, 2017 at 9:00 a.m. NO FURTHER CONTINUANCES WILL BE GRANTED ABSENT THE FILING OF A MOTION AND SHOWING OF GOOD CAUSE.

2.      The Parties have agreed on the general terms of a Plea Agreement, and the United States is currently in the process of drafting a Plea Agreement.

3.      In the unlikely event that a Plea Agreement is not reached, the Parties wish to preserve the right to file pretrial motions and disclose expert and/or summary witnesses.

Based upon the foregoing, it is respectfully requested that:

1.      The current deadline within which to file any and all pretrial motions; notices of defense; and disclose expert witnesses / summary witnesses of Friday, August 4, 2017 be vacated and continued to Friday, August 18, 2017.

2.      The current deadline in which to file any responses to said Motions of Friday, August 18, 2017 be vacated and continued to Friday, September 1, 2017.

3.      The current deadline in which to file any replies of Friday, August 25, 2017 be vacated and continued to Friday, September 8, 2017.

4.      Calendar Call remain scheduled for Wednesday, September 20, 2017 at 1:30 p.m.

/ /

/ /

/ /

JOINT MOTION TO EXTEND THE TIME FOR FILING PRETRIAL MOTIONS AND DISCLOSURE OF EXPERT/SUMMARY WITNESSES (Tenth Request) - 2

1        5.    Trial remain scheduled for Monday, September 25, 2017 at 9:00 a.m.

2    DATED this 3rd day of August 2017.

3    STEVEN MYRHE               FABIAN VANCOTT
    Acting United States Attorney

4

5    */s/ Patrick Burns*               */s/ Jeffrey B. Setness*
    PATRICK BURNS               JEFFREY B. SETNESS

6        Assistant United States Attorney     *Attorneys for Defendant Darlene McCord*

7    */s/ Lisa Cartier-Giroux*           LESOURD & PATTEN
    LISA CARTIER-GIROUX

8        Assistant United States Attorney     */s/ Robert M. McCallum*
                               ROBERT M. McCALLUM

9    *Attorneys for Plaintiff United States*    *Attorneys for Defendant James B. McCord*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

  Plaintiff,

  vs.

DARLENE TAYLOR McCORD and
JAMES BERT McCORD,

  Defendants.

CASE NO. 2:13-cr-00354-JCM-PAL

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND THE TIME FOR FILING PRETRIAL MOTIONS AND DISCLOSURE OF EXPERT/SUMMARY WITNESSES**

**(Tenth Request)**

Based upon the Joint Motion and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1.    The current deadline within which to file any and all pretrial motions; notices of defense; and disclose expert witnesses / summary witnesses of Friday, August 4, 2017 be vacated and continued to Friday, August 18, 2017.

2.    The current deadline in which to file any responses to said Motions of Friday, August 18, 2017 be vacated and continued to Friday, September 1, 2017.

3.    The current deadline in which to file any replies of Friday, August 25, 2017 be vacated and continued to Friday, September 8, 2017.

4.    Calendar Call remain scheduled for Wednesday, September 20, 2017 at 1:30 p.m.

5.    Trial remain scheduled for Monday, September 25, 2017 at 9:00 a.m.

 August 30, 2017
_____
**DATE**

_____
**JAMES C. MAHAN**
**UNITED STATES DISTRICT COURT JUDGE**

ORDER TO EXTEND THE TIME FOR FILING PRETRIAL MOTIONS AND
DISCLOSURE OF EXPERT/SUMMARY WITNESSES

## CERTIFICATE OF SERVICE

In accordance with Rule 49(c) of the Federal Rules of Criminal Procedure and Rule 47-11 of the Local Rules of Practice of the United States District Court for the District of Nevada, I certify that I am an employee of FABIAN VANCOTT and that on this 3rd day of August 2017, I did cause a true copy of:

**JOINT MOTION TO EXTEND THE TIME FOR FILING PRETRIAL MOTIONS AND DISCLOSURE OF EXPERT/SUMMARY WITNESSES AND TRIAL DATE (Tenth Request)**

to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System in this action.

By:  */s/ Sara M. Adams*
   An employee of FABIAN VANCOTT